UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MCGUFFEY HOME CARE,
INC.,

Plaintiff,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

Defendant.

Case No. 24-cv-11579
Honorable Shalina D. Kumar
Magistrate Judge Elizabeth A. Stafford

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL
(ECF NO. 13)

The Court held a status conference on December 20, 2024, about Defendant State Farm Mutual Automobile Insurance Company's motion to compel Plaintiff McGuffey Home Care Inc.'s responses to interrogatories and requests for production.  ECF No. 13.  During the status conference, McGuffey agreed to produce the requested discovery responses.  Thus, the Court **GRANTS** State Farm's motion and orders McGuffey to respond to the discovery requests by January 3, 2025.  The Court warns McGuffey that failure to comply with this order may result in sanctions under Federal

Rule of Civil Procedure 37 and the Court's inherent authority, including an involuntary dismissal or default judgment.

The Court will hold another status conference on January 10, 2025, at 11:00 a.m., to determine whether plaintiff has complied with this order.

s/Elizabeth A. Stafford<br>
ELIZABETH A. STAFFORD<br>
United States Magistrate Judge

Dated: December 22, 2024

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 22, 2024.

s/Davon Allen
DAVON ALLEN
Case Manager